# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:14-CV-00526-FDW-DSC

| | |
|---|---|
| EYETALK365, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CPI SECURITY SYSTEMS, INC., )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Joint Motion to Stay Case Deadlines" (document # 45) filed June 22, 2015.

By the instant Motion, the parties seek to "stay the deadlines in this matter until July 7, 2015, so that the parties can finalize the settlement agreement." (document #45 at 1). After conferring with the chambers of the Honorable Frank D. Whitney and determining that there are no pending case deadlines between now and July 7, 2015, it appears that the requested relief is unnecessary. Therefore, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: June 23, 2015

David S. Cayer
United States Magistrate Judge